IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GINGER MILLER                                                                                    PLAINTIFF

v.                         Case No. 4:16-cv-00147-KGB/JTK

NANCY A. BERRYHILL,
**Acting Commissioner, Social**
**Security Administration**                                                        DEFENDANT

## ORDER

The Court has received the Recommended Disposition filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 15). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Accordingly, the Court affirms the Commissioner's decision and denies plaintiff Ginger Miller's request for relief (Dkt. No. 2).

It is so ordered this the 19th day of June, 2017.

_____
Kristine G. Baker
United States District Judge